I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 10·17·11

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
OCT 17 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SHEPPARD,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>JAMES A. YATES,<br><br>　　　　　　Respondent. | Case No. CV 11-01246-PA (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATION<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

DATED: 10/12/11

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE