I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10-17-11

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
OCT 17 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SHEPPARD, | Case No. CV 11-01246-PA (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| JAMES A. YATES, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: 10/12/11

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 17 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY